UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND et al.,

                Petitioner,                                23 **CIVIL** 3303 (JPC)

      -against-                                        **JUDGMENT**

CITY NEWARK GLASS,

                Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 9, 2024, the Petition is granted. Judgment entered in the amount of $4,756.96. Post-judgment interest shall accrue at the statutory rate specified by 28 U.S.C. § 1961. See N.Y.C. Dist. Council of Carpenters v. Nguyen Custom Woodworking LLC, No. 18 Civ. 3970 (AJN), 2018 WL 5919520, at *2 (S.D.N.Y. Nov. 13, 2018) ("Awarding post-judgment interest under § 1961 is mandatory and applies to actions to confirm arbitration awards."). Accordingly, the case is closed.

**Dated**: New York, New York
           May 9, 2024

                                                                     **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                      **BY:**
                                                                          **Deputy Clerk**